# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **VONTERRY M. BRYANT,**  *Plaintiff,*  v.  **Warden STANLEY WILLIAMS,** *et al.,*  *Defendants.* | **CIVIL ACTION NO.**  **5:16-cv-00206-TES-CHW** |

## ORDER ON UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court for consideration is the United States Magistrate Judge's Recommendation [Doc. 24] that Plaintiff's Eighth Amendment conditions of confinement, Fourteenth Amendment, and Religious Land Use and Institutionalized Persons Act ("RLUIPA") claims against Defendants Homer Bryson, Rodney McCloud, Bruce Chapman, June Bishop, William Powell, Rufus Logan, Gary Caldwell, Dwain Williams, and Belinda Davis be allowed to proceed. [Doc. 24, at 1]. In all other respects, the United States Magistrate Judge recommends that Plaintiff's Fourteenth Amendment due process claim against Defendants Warden Stanley Williams and Unit Manager Smokes, his Eighth Amendment deliberate indifference to a serious medical need claims, and Defendants Owens, Butts (Medical Director), and John Young (Law Librarian) be dismissed without prejudice. [*Id*. at 2].

On November 17, 2017, Plaintiff filed a Motion to Object [Doc. 36] in which he objects to the dismissal of his Eighth Amendment deliberate indifference to serious medical need claims against Defendants Adair (Nurse), Butts (Medical Director), Burnside (Physician), Bruce Chapman, Rufus Logan, and Gary Caldwell. Having considered the Recommendation [Doc. 24] and Motion for Objection [Doc. 36] pursuant to 28 U.S.C. § 636(b)(1), the Court finds Plaintiff's objections fail to overcome the Magistrate Judge's reasoning that his Eighth Amendment deliberate indifference to serious medical need claims should be dismissed. Further, Plaintiff's argument in his objection that "defendants were 'hostile and dismissive'" fails to satisfy the objective prong mandated in *Farrow v. West*, 320 F. 3d. 1235 (11th Cir. 2003)[1] and is unpersuasive to implicate Eighth Amendment standards. [Doc. 36, at 1]. Therefore, this Court **ADOPTS** the Recommendation of the United States Magistrate Judge and **MAKES IT THE ORDER OF THE COURT**. For the reasons stated in the United State Magistrate Judge's Recommendation [Doc. 24], Plaintiff's Eighth Amendment medical indifference claim and Defendants Adair (Nurse), Butts (Medical Director), Burnside (Physician), Bruce Chapman, Rufus Logan, and Gary Caldwell in connection with said claim are **DISMISSED WITHOUT PREJUDICE**.

---

[1] "The Supreme Court clarified the 'deliberate indifference' standard in *Farmer* by holding that a prison official cannot be found deliberately indifferent under the Eighth Amendment 'unless the official *knows of* and *disregards an excessive risk to inmate health or safety;* the official must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference.'" *Farrow*, 320 F. 3d. 1235, 1245 (11th Cir. 2003).

2

Pursuant to the Recommendation [Doc. 24] of the United States Magistrate Judge Plaintiff may proceed with his Fourteenth Amendment Due Process Claims against Defendants Homer Bryson, Rodney McCloud, Bruce Chapman, June Bishop, William Powell, Rufus Logan, Gary Caldwell, Dwain Williams, and Belinda Davis; his Eighth Amendment conditions of confinement claim against Defendants Homer Bryson, Rodney McCloud, Bruce Chapman, June Bishop, William Powell, Rufus Logan, Gary Caldwell, Dwain Williams, and Belinda Davis; and his RLUIPA claims against Defendants Homer Bryson, Rodney McCloud, Bruce Chapman, June Bishop, William Powell, Rufus Logan,[2] Gary Caldwell, Dwain Williams, and Belinda Davis.

However, notwithstanding Plaintiff's objection, Plaintiff's First Amendment access to courts claims, Eighth Amendment indifference to serious medical need claims[3], and Fourteenth Amendment due process claims against Defendant Warden Stanley Williams and Unit Manager Stokes are **DISMISSED WITHOUT PREJUDICE**. Lastly, for the reasons stated in the United State Magistrate Judge's Recommendation [Doc. 24] Defendants Owens, Butts (Medical Director), and Young (Law Librarian) are **HEREBY DISMISSED WITHOUT PREJUDICE**.

[signature on following page]

---

[2] The Recommendation [Doc. 24] of the United States Magistrate Judge inadvertently referred to Defendant Rufus Logan as Defendant Lewis.

[3] Plaintiff's Motion for Objection [Doc. 36] only argued against the Magistrate Judge's recommendation that Plaintiff's Eighth Amendment deliberate indifference to serious medical need claims be dismissed without prejudice.

**SO ORDERED**, this 18th day of April, 2018.

                                                           **S/ Tilman E. Self, III**
                                                           **TILMAN E. SELF, III, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**